AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Peter Nicholaus, Sr.

V.

ILA Local 1329

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 - 101 S

TO: (Name and address of Defendant)

International Longshoremen's Association Local 1329
John Lopes, President or Vincent Lopes, Vice President
881 Eddy Street, Providence, RI 02905
(401) 941-6108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK

March 17, 2008

DATE

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/18/08 |
|---|---|
| NAME OF SERVER *(PRINT)* Jose Clark | TITLE Constable Lic #6026 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

2 Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): [signature] 3/14/08

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/18/08
Date

[signature]
Signature of Server

24 Homefield Ave.
Address of Server
Providence, R.I. 02908

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.