UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER NICHOLAUS, SR.

VS. C.A. NO.: 08-101 S

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION LOCAL 1329 and
R.I. SHIPPING ASSOCIATION – INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION
ANNUITY FUND, Alias

**INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1329's AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

1. The defendant, International Longshoremen's Association Local 1329, denies the allegations contained in paragraphs 1 through 3 of the plaintiff's Complaint.

2. The defendant does not have sufficient facts to admit or deny the allegations contained in paragraphs 4 and 5 of the plaintiff's Complaint and leaves the plaintiff to his proof of same.

3. The defendant admits the allegations contained in paragraphs 6 and 7 of the plaintiff's Complaint.

4. The defendant does not have sufficient facts to admit or deny the allegations contained in paragraphs 8 and 9 of the plaintiff's Complaint and leaves the plaintiff to his proof of same.

5. The defendant admits that the plaintiff was a member of Local 1329. Said defendant does not have sufficient facts to admit or deny the remaining allegations contained in paragraph 10 of the plaintiff's Complaint and leaves the plaintiff to its proof of same.

6. The defendant admits that the plaintiff was a Union member in 2003 but denies the remaining allegations contained in paragraphs 11 through 15 of the plaintiff's Complaint and leaves the plaintiff to his proof of same.

7. The defendant denies the allegations contained in paragraph 16 of said Complaint.

COUNT 1 – Federal LMRDA

8. The defendant repeats herein and reaffirms its answer to paragraphs 1 through 16 of the plaintiff's Complaint as said defendant's answer to paragraph 17 of said Complaint.

9. The defendant denies the allegations contained in paragraphs 18 through 23 of the plaintiff's Complaint.

COUNT 2 – State Breach of Contract Claims

10. The defendant repeats herein and reaffirms its answer to paragraphs 1 through 23 of the plaintiff's Complaint as said defendant's answer to paragraph 24 of said Complaint.

11. The defendant denies all allegations pertaining to it contained in paragraphs 25 through 28 of the plaintiff's Complaint.

COUNT 3 – State Conversion Claims

12. The defendant repeats herein and reaffirms its answer to paragraphs 1 through 28 of the plaintiff's Complaint as said defendant's answer to paragraph 29 of said Complaint.

13. The defendant denies the allegations contained in paragraphs 30 and 31 of the plaintiff's Complaint.

FIRST AFFIRMATIVE DEFENSE

14. The plaintiff retired effective January 1, 2004 and, as such, lost all seniority and benefits accruing therefrom from any prior Longshoremen's associated work.

SECOND AFFIRMATIVE DEFENSE

15. The plaintiff fails to state a claim upon which relief can be granted.

THIRD AFFIRMATIVE DEFENSE

16. The plaintiff's Complaint for discrimination, including, but not limited to, age, sex and race, should be dismissed as the plaintiff has not fully exhausted administrative remedies as is required by law.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION LOCAL 1329,
BY THEIR ATTORNEY,

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

DEFENDANT REQUESTS A TRIAL BY JURY.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 15th day of April, 2008 I electronically filed the within Answer with the United States District Court, District of Rhode Island, thereby generating an electronic copy to be sent to John T. Longo, Esq., 681 Smith Street, Providence, RI 02908 by the court.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940