UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Peter Nicholaus, Sr.,
    Plaintiff

v.                                                              C.A. No. 08-101S

International Longshoremen's,
Association, Local #1329, et al.,
    Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 20, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment are DENIED.

                                              By Order,

                                              /s/ Wendy Suite
                                              Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 4/6/09